**\*E-FILED\***
**June 1, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NAKHIMOVSKY,    No. C 06-03447 RS

    Plaintiff,

  v.    **ORDER OF RECUSAL**

DENIS M. BERLAN, et al.,

    Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

    IT IS SO ORDERED.

Dated: June 1, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Robert S. Green    CAND.USCOURTS@CLASSCOUNSEL.COM

Elizabeth C Guarnieri    CAND.USCOURTS@classcounsel.com

Eric L. Zagar    ezagar@sbclasslaw.com

Dated: June 1, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2