IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03447 JW

In re Altera Corp. Derivative Litigation

**ORDER RESCHEDULING HEARING ON MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**

/

Pursuant to the parties' Corrected Case Management Statement and Rule 26(f) Conference Statement, the hearing on the Motion to Appoint Lead Plaintiff and Lead Counsel is **RESCHEDULED** from October 30, 2006 at 9 AM to **October 2, 2006 at 10 AM**.

Dated: September 28, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Betsy C. Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbclasslaw.com
Rachele R. Rickert rickert@whafh.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbclasslaw.com
Travis E. Downs travisd@lerachlaw.com

**Dated: September 28, 2006**          **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**