# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

IN RE ALTERA CORP.
DERIVATIVE LITIGATION

_____

This Document Relates To:
"All ACTIONS"


_____/

Master File No. CV 06-3447 JW

<u>DERIVATIVE ACTION</u>

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

 

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒     Private ADR (*please identify process and provider*) <u>To the extent that the</u>
<u>parties engage in an ADR process, they will engage in private mediation.</u>

The parties agree to hold the ADR session by:
☐     the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

☒     other requested deadline <u>The parties believe that engaging in any ADR process</u>
<u>at this time is premature.  Once all motions to dismiss have been ruled upon and the</u>
<u>case is finally at issue, the parties will reevaluate the benefits of engaging in mediation.</u>

American LegalNet, Inc.
www.USCourtForms.com

Dated: 9/29/06                                    MORRISON & FOERSTER, LLP
                                                  ANNA ERICKSON WHITE


                                                  _____
                                                        s/ ANNA ERICKSON WHITE
                                                        ANNA ERICKSON WHITE

                                                  Attorneys for Nominal Defendant Altera
                                                  Corporation and Defendants John P. Daane,
                                                  Robert W. Reed, Robert J. Finocchio, Jr., Kevin
                                                  McGarity, Paul Newhagen, William E. Terry,
                                                  Susan Wang, Denis M. Berlan, Nathan M.
                                                  Sarkisian, Katherine E. Schuelke and Rodney
                                                  Smith


Dated: 9/29/06                                    SHEARMAN & STERLING LLP
                                                  BRUCE B. KELSON


                                                  _____
                                                        s/ BRUCE B. KELSON
                                                        BRUCE B. KELSON

                                                  Attorneys for Defendant Erik Cleage


Dated: 9/29/06                                    LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                                  TRAVIS E. DOWNS III
                                                  BENNY C. GOODMAN III
                                                  THOMAS G. WILHELM


                                                  _____
                                                        s/ TRAVIS E. DOWNS III
                                                        TRAVIS E. DOWNS III

                                                  Attorneys for Plaintiffs Alaska Electrical
                                                  Pension Fund and Wayne County Employees'
                                                  Retirement System

American LegalNet, Inc.
www.USCourtForms.com

Dated: <u>9/29/06</u>                          SCHIFFRIN & BARROWAY, LLP
                                       MARC A. TOPAZ
                                       ERIC L. ZAGAR
                                       ROBIN WINCHESTER
                                       SANDRA G. SMITH
                                       TREVAN BORUM


                                       <u>         s/ ERIC L. ZAGAR         </u>
                                       ERIC L. ZAGAR

                                       Attorneys for Plaintiffs Michael Nakhimovsky
                                       and Benjamin Savin


Dated: <u>9/29/06</u>                          WOLF HALDENSTEIN ADLER FREEMAN
                                       & HERZ, LLP
                                       FRANCIS M. GREGOREK
                                       BETSY C. MANIFOLD
                                       FRANK A. BOTTINI, JR.
                                       RACHELE RICKERT



                                       <u>        s/ BETSY C. MANIFOLD        </u>
                                       BETSY C. MANIFOLD

                                       Attorneys for Plaintiff L A Murphy

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐      Non-binding Arbitration
☐      Early Neutral Evaluation (ENE)
☐      Mediation
☐      Private ADR

Deadline for ADR session
☐      90 days from the date of this order.
☒      other  suspended until after dispotive motion

IT IS SO ORDERED.

Dated: _____10/2/06_____

_____
UNITED STATES MAGISTRATE
JUDGE

sf-2202123

American LegalNet, Inc.
www.USCourtForms.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.


s/ TRAVIS E. DOWNS III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:TravisD@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03447-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Elizabeth C Guarnieri**
  ecg@classcounsel.com CAND.USCOURTS@classcounsel.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com der_filings@sbclasslaw.com

- **Betsy C. Manifold**
  manifold@whafh.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James H Miller**
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**BENJAMIN SAVIN**