IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Altera Corp Deriv. Litigation | NO. C 06-03447 JW |
| This Document Relates to:<br>ALL ACTIONS | **ORDER STAYING DISCOVERY PENDING DEFENDANTS' ANTICIPATED MOTION TO DISMISS** |

On October 2, 2006, the Court conducted a Case Management Conference ("CMC"). In attendance were Travis Downs of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") and Sandra Smith of Schiffrin & Barroway for Plaintiffs, Craig Martin of Morrison & Foerster for Nominal Defendant Altera Corp., and Individual Defendants except Erik Cleage, and Bruce Kelson of Shearman & Sterling for Individual Defendant Erik Cleage.

During the CMC, the parties disputed whether the Private Securities Litigation Reform Act of 1995 ("PSLRA") applies to this shareholder derivative case, which alleges violations of the Securities Exchange Act and Rule 10b-5, breach of fiduciary duty, and unjust enrichment. Plaintiffs contended that the PSLRA discovery stay does not apply to shareholder derivative actions, but only to class actions. Defendants contended that the PSLRA discovery stay applies to derivative actions that allege federal securities law claims.

In any private action arising under 15 U.S.C. §§ 78a et seq., the PSLRA mandates that the Court stay discovery during the pendency of any motion to dismiss, unless it is found pursuant to a party's motion that particularized discovery is necessary to preserve evidence or prevent undue prejudice to that party. 15 U.S.C. § 78u-4(b)(3)(B).

1    The federal courts have previously applied the PSLRA discovery stay to shareholder
2 derivative actions alleging violations of federal law. See Erickson v. Horing, 2000 U.S. Dist. LEXIS
3 22432, *19-*23 (D. Minn. Oct. 23, 2000). The discovery stay applies even when no motion to
4 dismiss has yet been filed due to the parties' schedule for filing a revised version of the complaint.
5 In re Trump Hotel Shareholder Derivative Litig., 1997 U.S. Dist. LEXIS 11353, *3-*4 (S.D.N.Y.
6 Aug. 5, 1997). In order to fulfill the purposes underlying the PSLRA, the discovery stay also applies
7 to pendent state law claims and initial disclosures. See, e.g., Medhekar v. Hockey, 99 F.3d 325, 328
8 (9th Cir. 1996) (initial disclosures); SG Cowen Securities Corp. v. U.S. Dist. Ct., 189 f.3d 909, 913
9 n.1 (9th Cir. 1999) (pendent state law claims). The Court finds that the PSLRA's discovery stay
10 applies in this case.

11   The cases cited by Plaintiffs for the proposition that the PSLRA does not apply to
12 shareholder derivative actions are distinguishable. Three of Plaintiffs' cases find the PSLRA's
13 discovery stay inapplicable to derivative actions asserting solely state law claims. See In re First
14 Bancorp Derivative Litig., 407 F. Supp. 2d 585 (S.D.N.Y. 2006); In re Firstenergy Shareholder
15 Derivative Litig., 219 F.R.D. 584, 586 (N.D. Ohio 2004); In re Tyco Int'l Ltd. Multidistrict Litig.,
16 2003 WL 23830479, *3 (D. N.H. Jan. 29, 2003). Because the Plaintiffs have asserted federal
17 securities claims, these three cases are inapposite. Plaintiffs' fourth case stands for the proposition
18 that the PSLRA discovery stay does not apply to non-fraud state law claims (e.g. tortious
19 interference with contract, breach of contract) unrelated to a plaintiff's federal securities fraud
20 claims. Tobias Holdings, Inc. v. Bank United Corp., 177 F. Supp. 2d 162, 169 (S.D.N.Y. 2001).
21 The court there had diversity jurisdiction over the relevant state law claims. Id. at 164. Here,
22 Plaintiff's state law claims are not wholly distinct, and Tobias Holdings is inapposite.

23   The Court ORDERS all discovery STAYED pending Defendants' anticipated motion to
24 dismiss. Defendants shall notice the motion to dismiss for a hearing no later than **December 20,**
25 **2006**. (See Docket Item No. 34.)

26 Dated: October 11, 2006

*James Ware*
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Betsy C. Manifold manifold@whafh.com
Bruce B. Kelson bkelson@shearman.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbclasslaw.com
Rachele R. Rickert rickert@whafh.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbclasslaw.com
Travis E. Downs travisd@lerachlaw.com

**Dated: October 11, 2006**                                      **Richard W. Wieking, Clerk**

                                                                 **By: /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**