1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  CRAIG D. MARTIN (SBN 168195)
   CMartin@mofo.com
3  MARK D. GURSKY (SBN 217690)
   MGursky@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7
   ANNA ERICKSON WHITE (SBN 161385)
8  AWhite@mofo.com
   MORRISON & FOERSTER LLP
9  755 Page Mill Road
   Palo Alto, California 94304-1018
10 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
11
   Attorneys for Nominal Defendant
12 Altera Corporation, and Defendants
   John P. Daane, Robert W. Reed, Denis M. Berlan,
13 Katherine E. Schuelke, Robert J. Finocchio, Jr.,
   Kevin McGarity, Paul Newhagen, William E. Terry,
14 Nathan Sarkisian, Rodney Smith, and Susan Wang

15

16               UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19

| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware |
|---|---|
| | **DERIVATIVE ACTION** |
| | **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT NATHAN SARKISIAN** |
| This Document Relates To:<br>All Actions | |

sf-2215629   NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR NATHAN SARKISIAN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Nathan Sarkisian substitutes Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94025-3506, (650) 324-7000 as counsel of record in place and instead of Morrison & Foerster LLP.

I AGREE AND ACCEPT THIS SUBSTITUTION:

Dated: November 3, 2006

JORDAN ETH
CRAIG MARTIN
ANNA ERICKSON WHITE
MARK D. GURSKY
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
Anna Erickson White
Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Nathan Sarkisian, Rodney Smith, and Susan Wang

Dated: November 2, 2006

NATHAN SARKISIAN

By: _____
Nathan Sarkisian

Dated: November 3, 2006

GEORGE H. BROWN
HELLER EHRMAN LLP
275 MIDDLEFIELD ROAD
MENLO PARK, CA 94025-3506
TEL: (650) 324-7195
FAX: (650) 324-6002

By: /s/ George H. Brown
George H. Brown
Attorneys for Defendant Nathan Sarkisian

1

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this Notice and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that George H. Brown has concurred in this filing.*

Good cause appearing,

IT IS HEREBY ORDERED that Heller Ehrman LLP be substituted for Morrison & Foerster LLP as counsel of record for Nathan Sarkisian.

Date: 11/07/06

/s/ James Ware
Honorable James Ware
United States District Court Judge