JORDAN ETH (SBN 121617)
JEth@mofo.com
CRAIG D. MARTIN (SBN 168195)
CMartin@mofo.com
MARK D. GURSKY (SBN 217690)
MGursky@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANNA ERICKSON WHITE (SBN 161385)
AWhite@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Nominal Defendant
Altera Corporation, and Defendants
John P. Daane, Robert W. Reed, Denis M. Berlan,
Katherine E. Schuelke, Robert J. Finocchio, Jr.,
Kevin McGarity, Paul Newhagen, William E. Terry,
Nathan Sarkisian, Rodney Smith, and Susan Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware |
|---|---|
| | DERIVATIVE ACTION |
| | **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT RODNEY SMITH** |
| This Document Relates To:<br><br>All Actions | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Rodney Smith substitutes Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105, (415) 442-1000 as counsel of record in place and instead of Morrison & Foerster LLP.

I AGREE AND ACCEPT THIS SUBSTITUTION:

Dated: ~~October~~ November 6, 2006

JORDAN ETH
CRAIG MARTIN
ANNA ERICKSON WHITE
MARK D. GURSKY
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
Anna Erickson White
Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Nathan Sarkisian, Rodney Smith, and Susan Wang

Dated: ~~October~~ November 6, 2006

RODNEY SMITH

By: /s/ Rodney Smith
Rodney Smith

Dated: ~~October~~ November 6, 2006

WILLIAM KIMBALL
MORGAN, LEWIS & BOCKIUS LLP

By: /s/ William Kimball
William Kimball
Attorneys for Defendant Rodney Smith

1

NOTICE AND [~~PROPOSED~~] ORDER OF SUBSTITUTION OF COUNSEL FOR RODNEY SMITH
SF-2215543

1  Good cause appearing,

2  IT IS HEREBY ORDERED that Morgan, Lewis, & Bockius LLP be
3  substituted for Morrison & Foerster LLP as counsel of record for Rodney Smith.

5  Date: _____11/08/2006_____    _____
                                  Honorable James Ware
6                                 United States District Court Judge

2

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR RODNEY SMITH
SF-2215543