JORDAN ETH (SBN 121617)
JEth@mofo.com
CRAIG D. MARTIN (SBN 168195)
CMartin@mofo.com
MARK D. GURSKY (SBN 217690)
MGursky@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANNA ERICKSON WHITE (SBN 161385)
AWhite@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Nominal Defendant
Altera Corporation, and Defendants
John P. Daane, Robert W. Reed, Denis M. Berlan,
Katherine E. Schuelke, Robert J. Finocchio, Jr.,
Kevin McGarity, Paul Newhagen, William E. Terry,
and Susan Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br><u>DERIVATIVE ACTION</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE CONSOLIDATED COMPLAINT AND TIME IN WHICH DEFENDANTS MUST RESPOND THERETO** |
| This Document Relates To:<br><br>All Actions | |

Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, L A Murphy, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"), and nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr. Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, and Erik Cleage (collectively, "Defendants") stipulate as follows:

1. Pursuant to the Court's Order of October 3, 2006, Plaintiffs must presently file their Consolidated Complaint by November 10, 2006, and the Defendants must file an Answer or other response by December 20, 2006.

2. On October 16, 2006, Altera Corporation announced that it had completed its review of the company's historical stock option practices and related accounting, and that it would restate its prior financial statements.

3. On October 24, 2006, Altera Corporation filed with the Securities and Exchange Commission a 10-K/A and 10-Qs for the first and second quarters of 2006.

4. In light of Altera Corporation's recent announcements and SEC filings, Plaintiffs have asked for additional time to file a Consolidated Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants, through their undersigned counsel of record, that:

1. Plaintiffs shall have up through and including November 30, 2006 to file a Consolidated Complaint;

2. Defendants shall have up through and including January 12, 2006 to file an Answer or otherwise respond to Plaintiffs' Consolidated Complaint;

3. Plaintiffs shall have up through and including February 12, 2006 to file an opposition to any motion filed by the Defendants in response to the Consolidated Complaint;

4. Defendants shall have up through and including March 2, 2006 to file a reply to Plaintiffs' opposition; and

5. The hearing on any motion filed by the Defendants in response to the Consolidated Complaint shall be noticed for March 12, 2006.

Dated:  November 10, 2006

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN
MARK D. GURSKY
MORRISON & FOERSTER LLP

By:   /s/ Anna Erickson White
          Anna Erickson White

Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, and Susan Wang

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

2

STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO FILE CONSOLIDATED COMPLAINT AND RESPONSE THERETO
CASE NO. C-06-03447-JW
sf-2220860

| | | |
|---|---|---|
| Dated:  November 10, 2006 | | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>THOMAS G. WILHELM<br>SHAWN A. WILLIAMS<br>LERACH COUGHLIN STOIA<br>GELLER RUDMAN & ROBBINS LLP |

By:  /s/ Travis E. Downs III
       Travis E. Downs III

Attorneys for Plaintiffs Alaska Electrical Pension Fund and Wayne County Employees' Retirement System

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

Dated:  November 10, 2006          WILLIAM KIMBALL
                                   MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ William Kimball
       William Kimball

Attorneys for Defendant Rodney Smith

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Kimball has concurred in this filing.*

Dated: November 10, 2006           GEORGE BROWN
                                   HELLER EHRMAN LLP

By:  /s/ George Brown
       George Brown

Attorneys for Defendant Nathan Sarkisian

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

---

3

STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO FILE CONSOLIDATED COMPLAINT AND RESPONSE THERETO
CASE NO. C-06-03447-JW
sf-2220860

| | |
|---|---|
| Dated:  November 10, 2006 | BETSY C. MANIFOLD<br>FRANCIS A. BOTTINI, JR.<br>RACHELE R. RICKERT<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ, LLP |

By:  /s/ Betsy C. Manifold
      Betsy C. Manifold

Attorneys for Plaintiff L A Murphy

    I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Betsy C. Manifold has concurred in this filing.

| | |
|---|---|
| Dated:  November 10, 2006 | MARK A. TOPAZ<br>ERIC L. ZAGAR<br>SEAN HANDLER<br>TREVAN BORUM<br>SCHIFFRIN & BARROWAY, LLP |

By:  /s/ Eric L. Zagar
      Eric L. Zagar

Attorneys for Plaintiffs Michael Nakhimovsky and Benjamin Savin

    I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this filing.

| | |
|---|---|
| Dated:  November 10, 2006 | BRUCE B. KELSON<br>SHEARMAN & STERLING, LLP |

By:  /s/ Bruce B. Kelson
      Bruce B. Kelson

Attorneys for Defendant Erik Cleage

    I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Bruce B. Kelson has concurred in this filing.

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED COMPLAINT AND RESPONSE THERETO
CASE NO. C-06-03447-JW
sf-2220860

## **ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall have up through and including November 30, 2006 to file a Consolidated Complaint;

2. Defendants shall have up through and including January 12, 2006 to file an Answer or otherwise respond to Plaintiffs' Consolidated Complaint;

3. Plaintiffs shall have up through and including February 12, 2006 to file an opposition to any motion filed by the Defendants in response to the Consolidated Complaint;

4. Defendants shall have up through and including March 2, 2006 to file a reply to Plaintiffs' opposition; and

5. The hearing on any motion filed by the Defendants in response to the Consolidated Complaint shall be noticed for March 12, 2006.

Date:  11/14/2006                    _____
                                     Honorable James Ware
                                     United States District Court Judge