```
 1  JORDAN ETH (SBN 121617)
    JEth@mofo.com
 2  CRAIG D. MARTIN (SBN 168195)
    CMartin@mofo.com
 3  MARK D. GURSKY (SBN 217690)
    MGursky@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
 5  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
 6  Facsimile: (415) 268-7522

 7
    ANNA ERICKSON WHITE (SBN 161385)
 8  AWhite@mofo.com
    MORRISON & FOERSTER LLP
 9  755 Page Mill Road
    Palo Alto, California 94304-1018
10  Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
11
    Attorneys for Nominal Defendant Altera Corporation,
12  and Defendants John P. Daane, Robert W. Reed, Denis
    M. Berlan, Katherine E. Schuelke, Robert J. Finocchio,
13  Jr., Kevin McGarity, Paul Newhagen, William E. Terry,
    Susan Wang, Charles Clough, Deborah Rieman, John R.
14  Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J.
    Ellison
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS UP TO AND INCLUDING FEBRUARY 9, 2007 TO RESPOND TO PLAINTIFFS' CONSOLIDATED VERIFIED SHARHEHOLDER DERIVATIVE COMPLAINT** |
| This Document Relates To:<br><br>All Actions | |

Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"); nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, and Katherine E. Schuelke (collectively, "Original Defendants"); and Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere ("New Defendants," and together with the "Original Defendants," the "Defendants")[1] stipulate as follows:

1. Pursuant to the schedule set forth in this Court's Order dated October 14, 2006, Plaintiffs were required to file a consolidated complaint by November 30, 2006, and the Original Defendants were required to file an Answer or otherwise respond to the consolidated complaint by January 12, 2007.

2. On November 30, 2006, Plaintiffs' filed a Consolidated Verified Shareholders Derivative Complaint ("Consolidated Complaint") naming the Original Defendants, but also adding seven New Defendants.

3. Presently, the Original Defendants must respond to the Consolidated Complaint by January 12, 2007, but the New Defendants must respond on various dates thereafter. The last date for any Defendant to respond to the Consolidated Complaint is currently February 9, 2007.

4. To promote the orderly resolution of this matter and conserve the resources of the Court and parties, the parties agree that all Defendants will have up to and including February 9, 2007 to respond to the Consolidated Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants, through their undersigned counsel of record, that:

---

[1] Defendant Michael Jacobs is not a party to this stipulation because he has not yet been served with the operative complaint and he has not yet otherwise made an appearance in this action.

1

A. The Defendants shall have up to and including February 9, 2007 to Answer or otherwise respond to Plaintiffs' Consolidated Complaint.

Dated: January 11, 2007

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN
MARK D. GURSKY
MORRISON & FOERSTER LLP


By:  /s/ Anna Erickson White
     Anna Erickson White

Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

Dated: January 11, 2007

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MONIQUE C. WINKLER
SHAWN A. WILLIAMS
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


By:  /s/ Travis E. Downs III
     Travis E. Downs III

Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, I hereby attest that Travis E. Downs III has concurred in this filing.*

| | | |
|---|---|---|
| 1 | Dated: January 11, 2007 | WILLIAM KIMBALL |
| 2 | | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | By:  /s/ William Kimball |
| | | William Kimball |
| 4 | | |
| 5 | | Attorneys for Defendant Rodney Smith |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that William Kimball has concurred in this filing.*

Dated: January 11, 2007       GEORGE BROWN
                              HELLER EHRMAN LLP

                              By:  /s/ George Brown
                                   George Brown

                              Attorneys for Defendant Nathan Sarkisian

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

Dated: January 11, 2007       ERIC L. ZAGAR
                              ROBIN WINCHESTER
                              EMANUEL SCHACHMUROVE
                              SCHIFFRIN & BARROWAY, LLP

                              By:  /s/ Eric L. Zagar
                                   Eric L. Zagar

                              Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this filing.*

Dated: January 11, 2007       HENRY W. ASBILL
                              KERRI L. RUTTENBERG
                              LEBOEUF LAMB

                              By:  /s/ Kerri L. Ruttenberg
                                   Kerri L. Ruttenberg

                              Attorneys for C. Wendell Bergere

3

1  I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,
2  X.B., I hereby attest that Kerri L. Ruttenberg has concurred in this filing.

4

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS UP TO AND INCLUDING FEB. 9, 2007 TO RESPOND TO
CONSOLIDATED COMPLAINT
CASE NO. C-06-03447-JW
sf-2253340

# ORDER

IT IS HEREBY ORDERED THAT:

A. Nominal Defendant Altera Corporation and Defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere (collectively, "Defendants") shall have up to and including February 9, 2007 to file an Answer or otherwise respond to Plaintiffs' Consolidated Verified Shareholders Derivative Complaint ("Consolidated Complaint").

Date: January 12 2007

_____
Honorable James Ware
United States District Court Judge

5

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS UP TO AND INCLUDING FEB. 9, 2007 TO RESPOND TO CONSOLIDATED COMPLAINT
CASE NO. C-06-03447-JW
sf-2253340