1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  CRAIG D. MARTIN (SBN 168195)
   CMartin@mofo.com
3  MARK D. GURSKY (SBN 217690)
   MGursky@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7
   ANNA ERICKSON WHITE (SBN 161385)
8  AWhite@mofo.com
   MORRISON & FOERSTER LLP
9  755 Page Mill Road
   Palo Alto, California 94304-1018
10 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
11
   Attorneys for Nominal Defendant Altera Corporation,
12 and Defendants John P. Daane, Robert W. Reed, Denis
   M. Berlan, Katherine E. Schuelke, Robert J. Finocchio,
13 Jr., Kevin McGarity, Paul Newhagen, William E. Terry,
   Susan Wang, Charles Clough, Deborah Rieman, John R.
14 Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J.
   Ellison

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS UP TO AND INCLUDING MARCH 31, 2007** |
|---|---|
| This Document Relates To:<br><br>All Actions | |

STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2265797

Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"); nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere (collectively, "Defendants")[1] stipulate as follows:

1. On November 30, 2006, Plaintiffs filed a Consolidated Verified Shareholders Derivative Complaint ("Consolidated Complaint").

2. On January 29, 2007, nominal defendant Altera Corporation filed a motion to dismiss the Consolidated Complaint for lack of standing ("Motion"). The Motion is presently set for hearing on March 5, 2007.

3. The individual defendants must respond to the Consolidated Complaint by February 9, 2007 pursuant to the Court's Order of January 12, 2007.

4. Since the filing of Altera's Motion, Plaintiffs and Defendants have commenced discussions on potential resolution of this dispute without further Court involvement.

5. To facilitate these discussions and conserve the resources of the Court and parties, the parties agree to temporarily suspend this action and all related proceedings up to and including March 31, 2007.

6. In this connection, the parties further agree that Altera's Motion, presently set for hearing on March 5, 2007, shall be taken off-calendar. The parties agree that the Motion shall be reset for hearing, if necessary, on a date mutually agreeable to the parties and the Court.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants, through their undersigned counsel of record, that:

---

[1] Defendant Michael Jacobs is not a party to this stipulation because he has not yet been served with the operative complaint and he has not yet otherwise made an appearance in this action.

A.    This action and all related proceedings are suspended up to and including March 31, 2007.

B.    Altera's Motion, presently set for hearing on March 5, 2007, shall be taken off-calendar. After March 31, the Motion shall be reset for hearing, if necessary, on a date mutually agreeable to the parties and the Court. At that time, the parties will stipulate to a mutually agreeable briefing schedule for any opposition or reply briefs.

C.    After March 31, the parties shall also submit for the Court's approval, if necessary, a schedule for the individual defendants' response to the Consolidated Complaint.

Dated: February 8, 2007

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN
MARK D. GURSKY
MORRISON & FOERSTER LLP

By:  /s/ Anna Erickson White
          Anna Erickson White

Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

|   |   |
|---|---|
| Dated:  February 8, 2007 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>MONIQUE C. WINKLER<br>SHAWN A. WILLIAMS<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |

By:  /s/ Travis E. Downs III
      Travis E. Downs III

Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, I hereby attest that Travis E. Downs III has concurred in this filing.*

|   |   |
|---|---|
| Dated:  February 8, 2007 | WILLIAM KIMBALL<br>MORGAN, LEWIS & BOCKIUS LLP |

By:  /s/ William Kimball
      William Kimball

Attorneys for Defendant Rodney Smith

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Kimball has concurred in this filing.*

|   |   |
|---|---|
| Dated: February 8, 2007 | GEORGE BROWN<br>HELLER EHRMAN LLP |

By:  /s/ George Brown
      George Brown

Attorneys for Defendant Nathan Sarkisian

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

| | | |
|---|---|---|
| Dated: February 8, 2007 | ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>EMANUEL SCHACHMUROVE<br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER, LLP | |
| | By: /s/ Eric L. Zagar<br>       Eric L. Zagar | |
| | Co-Lead Counsel for Plaintiffs | |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this filing.*

| | | |
|---|---|---|
| Dated: February 8, 2007 | HENRY W. ASBILL<br>SETH WIENER<br>KERRI L. RUTTENBERG<br>LEBOEUF, LAMB, GREENE & MACRAE<br>LLP | |
| | By: /s/ Seth Wiener<br>       Seth Wiener | |
| | Attorneys for C. Wendell Bergere | |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Seth Wiener has concurred in this filing.*

# **ORDER**

IT IS HEREBY ORDERED THAT:

A. This action and all related proceedings are suspended up to and including March 31, 2007.

B. Nominal defendant Altera Corporation's motion to dismiss Plaintiffs' Consolidated Verified Shareholders Derivative Complaint for Lack of Standing, presently set for hearing on March 5, 2007, is off-calendar. After March 31, the Motion shall be reset for hearing, if necessary, on a date mutually agreeable to the parties and the Court. At that time, the parties will stipulate to a mutually agreeable briefing schedule for any opposition or reply briefs.

C. After March 31, the parties shall also submit for the Court's approval, if necessary, a schedule for the individual defendants' response to Plaintiffs' Consolidated Verified Shareholders Derivative Complaint.

The parties shall file a joint status report by March 26, 2007.

Date: 2/12/2007

_____
Honorable James Ware
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2265797