| | |
|---|---|
| 1 | JORDAN ETH (SBN 121617)<br>JEth@mofo.com |
| 2 | CRAIG D. MARTIN (SBN 168195)<br>CMartin@mofo.com |
| 3 | MARK D. GURSKY (SBN 217690)<br>MGursky@mofo.com |
| 4 | MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor |
| 5 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | |
| 8 | ANNA ERICKSON WHITE (SBN 161385)<br>AWhite@mofo.com |
| 9 | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 10 | Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600 |
| 11 | Facsimile: (650) 494-0792 |
| 12 | Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br>DERIVATIVE ACTION<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS UP TO AND INCLUDING JUNE 22, 2007** |
| This Document Relates To:<br><br>All Actions | |

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL
RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2312229

Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"); nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere (collectively, "Defendants")[1] submit this Joint Status Report in accordance with the Court's Order of February 12, 2007 and hereby stipulate as follows:

1. By the Court's Order of April 2, 2007, this action and all related proceedings were suspended up through and including May 4, 2007, to give the parties time to discuss the resolution of this dispute without further Court involvement.

2. The Court's April 2 Order also required the parties to file a joint status report by April 30, 2007.

3. Counsel for the parties have met and continue to discuss ways to resolve this dispute without further Court involvement.

4. To facilitate these continued discussions and conserve the resources of the Court and parties, the parties agree to continue the suspension of this action and all related proceedings up to and including June 22, 2007.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants, through their undersigned counsel of record, that:

A. This action and all related proceedings are further suspended up to and including June 22, 2007.

B. The parties shall file a joint status report by June 18, 2007.

---

[1] Defendant Michael Jacobs is not a party to this stipulation because he has not yet been served with the operative complaint and he has not yet otherwise made an appearance in this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 30, 2007 | JORDAN ETH<br>ANNA ERICKSON WHITE<br>CRAIG MARTIN<br>MARK D. GURSKY<br>MORRISON & FOERSTER LLP |

By:   /s/ Anna Erickson White
        Anna Erickson White

Attorneys for Nominal Defendant Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison

    *I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

Dated: April 30, 2007        TRAVIS E. DOWNS III
                                      BENNY C. GOODMAN III
                                      MONIQUE C. WINKLER
                                      SHAWN A. WILLIAMS
                                      LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP

By:   /s/ Travis E. Downs III
        Travis E. Downs III

Co-Lead Counsel for Plaintiffs

    *I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, I hereby attest that Travis E. Downs III has concurred in this filing.*

2

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2312229

| | | |
|---|---|---|
| 1 | Dated: April 30, 2007 | WILLIAM KIMBALL |
| | | BENJAMIN P. SMITH |
| 2 | | MORGAN, LEWIS & BOCKIUS LLP |

By:   /s/ Benjamin P. Smith
        Benjamin P. Smith

Attorneys for Defendant Rodney Smith

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Benjamin P. Smith has concurred in this filing.*

Dated: April 30, 2007          GEORGE BROWN
                                         HELLER EHRMAN LLP

By:   /s/ George Brown
        George Brown

Attorneys for Defendant Nathan Sarkisian

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

Dated: April 30, 2007          ERIC L. ZAGAR
                                         ROBIN WINCHESTER
                                         EMANUEL SCHACHMUROVE
                                         SCHIFFRIN BARROWAY TOPAZ &
                                         KESSLER, LLP

By:   /s/ Robin Winchester
        Robin Winchester

Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Robin Winchester has concurred in this filing.*

3

|  |  |
|---|---|
| Dated: April 30, 2007 | HENRY W. ASBILL<br>KERRI L. RUTTENBERG<br>LEBOEUF, LAMB, GREENE & MACRAE LLP |
|  | By: /s/ Kerri Ruttenberg<br>      Kerri Ruttenberg |
|  | Attorneys for C. Wendell Bergere |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Kerri Ruttenberg has concurred in this filing.*

4

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2312229

## **ORDER**

IT IS HEREBY ORDERED THAT:

A.  This action and all related proceedings are further suspended up to and including June 22, 2007.

B.  The parties shall file a joint status report by June 18, 2007.

Date: May 1, 2007  _____
Honorable James Ware
United States District Court Judge

5

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2312229