1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  CRAIG D. MARTIN (SBN 168195)
   CMartin@mofo.com
3  MARK D. GURSKY (SBN 217690)
   MGursky@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7

   ANNA ERICKSON WHITE (SBN 161385)
8  AWhite@mofo.com
   MORRISON & FOERSTER LLP
9  755 Page Mill Road
   Palo Alto, California 94304-1018
10 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
11
   Attorneys for Nominal Defendant Altera Corporation,
12 and Defendants John P. Daane, Robert W. Reed, Denis
   M. Berlan, Katherine E. Schuelke, Robert J. Finocchio,
13 Jr., Kevin McGarity, Paul Newhagen, William E. Terry,
   Susan Wang, Charles Clough, Deborah Rieman, John R.
14 Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J.
   Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br>DERIVATIVE ACTION<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS THROUGH JULY 20, 2007** |
| This Document Relates To:<br><br>All Actions | |

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2340013

1   Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"); nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Rodney Smith, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere (collectively, "Defendants")[1] submit this Joint Status Report in accordance with the Court's Order of May 1, 2007, and hereby stipulate as follows:

1. By the Court's Order of April 2, 2007, this action and all related proceedings were suspended up to and including May 4, 2007, to give the parties time to discuss the resolution of this dispute without further Court involvement.

2. By the Court's order of May 1, 2007, this action and all related proceedings continued to be suspended up to and including June 22, 2007, to give the parties additional time to discuss the resolution of this matter.

3. The Court's May 1 Order also required the parties to file a joint status report by June 18, 2007.

4. Counsel for the parties have met and continue to discuss ways to resolve this dispute without further Court involvement.

5. To facilitate these continued discussions and conserve the resources of the Court and parties, the parties agree to continue the suspension of this action and all related proceedings up to and including July 20, 2007.

---

[1] Defendant Michael Jacobs is not a party to this stipulation because he has not yet been served with the operative complaint and he has not yet otherwise made an appearance in this action.

1

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2340013

1    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the
Plaintiffs and the Defendants, through their undersigned counsel of record, that:

A. This action and all related proceedings are further suspended up to and including July 20, 2007.

B. The parties shall file a joint status report by July 16, 2007.

Dated:  June 18, 2007        JORDAN ETH
                             ANNA ERICKSON WHITE
                             CRAIG D. MARTIN
                             MARK D. GURSKY
                             MORRISON & FOERSTER LLP

                             By:  /s/ Anna Erickson White
                                     Anna Erickson White

                             Attorneys for Nominal Defendant
                             Altera Corporation, and Defendants John P.
                             Daane, Robert W. Reed, Denis M. Berlan,
                             Katherine E. Schuelke, Robert J. Finocchio,
                             Jr., Kevin McGarity, Paul Newhagen,
                             William E. Terry, Susan Wang, Charles
                             Clough, Deborah Rieman, John R. Fitzhenry,
                             Peter Smyth, Clive McCarthy, and Michael J.
                             Ellison

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

Dated:  June 18, 2007        TRAVIS E. DOWNS III
                             BENNY C. GOODMAN III
                             MONIQUE C. WINKLER
                             SHAWN A. WILLIAMS
                             LERACH COUGHLIN STOIA GELLER
                             RUDMAN & ROBBINS LLP

                             By:  /s/ Travis E. Downs III
                                     Travis E. Downs III

                             Co-Lead Counsel for Plaintiffs

2

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, I hereby attest that Travis E. Downs III has concurred in this filing.*

Dated: June 18, 2007

WILLIAM KIMBALL
BENJAMIN P. SMITH
MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Benjamin P. Smith
          Benjamin P. Smith

Attorneys for Defendant Rodney Smith

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Benjamin P. Smith has concurred in this filing.*

Dated: June 18, 2007

GEORGE BROWN
HELLER EHRMAN LLP

By:   /s/ George Brown
          George Brown

Attorneys for Defendant Nathan Sarkisian

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

Dated: June 18, 2007

ERIC L. ZAGAR
ROBIN WINCHESTER
EMANUEL SCHACHMUROVE
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By:   /s/ Robin Winchester
          Robin Winchester

Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Robin Winchester has concurred in this filing.*

3

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2340013

Dated: June 18, 2007                HENRY W. ASBILL
                                    KERRI L. RUTTENBERG
                                    TODD PADNOS
                                    LEBOEUF, LAMB, GREENE & MACRAE LLP

                                    By:  /s/ Kerri Ruttenberg
                                         Kerri Ruttenberg

                                    Attorneys for C. Wendell Bergere

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Kerri Ruttenberg has concurred in this filing.*

4

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2340013

**ORDER**

IT IS HEREBY ORDERED THAT:

A. This action and all related proceedings are further suspended up to and including July 20, 2007.

B. The parties shall file a joint status report by July 16, 2007.

Date: __June 21 2007___    _____
Honorable James Ware
United States District Court Judge