| | |
|---|---|
| 1 | JORDAN ETH (SBN 121617) |
|   | JEth@mofo.com |
| 2 | CRAIG D. MARTIN (SBN 168195) |
|   | CMartin@mofo.com |
| 3 | MARK D. GURSKY (SBN 217690) |
|   | MGursky@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, 32nd Floor |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | |
|   | ANNA ERICKSON WHITE (SBN 161385) |
| 8 | AWhite@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 9 | 755 Page Mill Road |
|   | Palo Alto, California 94304-1018 |
| 10 | Telephone: (650) 813-5600 |
|   | Facsimile: (650) 494-0792 |
| 11 | |
|   | Attorneys for Nominal Defendant Altera Corporation, |
| 12 | and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, |
| 13 | Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. |
| 14 | Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison |

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW |
| | Assigned to Hon. James Ware |
| | |
| | DERIVATIVE ACTION |
| | |
| | **JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS UP THROUGH AND INCLUDING AUGUST 10, 2007** |
| This Document Relates To: | |
| All Actions | |

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FURTHER SUSPENDING ACTION AND ALL
RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2355920

1 Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement System, Michael Nakhimovsky, and Benjamin Savin (collectively, "Plaintiffs"); nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, and C. Wendell Bergere (collectively, "Defendants")[1] submit this Joint Status Report in accordance with the Court's Order of June 21, 2007, and hereby stipulate as follows:

    1. By the Court's Order of June 21, 2007, this action and all related proceedings were suspended up to and including July 20, 2007, to give the parties additional time to discuss the resolution of this action. The Court's Order also required the parties to file a joint status report with the Court on July 16, 2007.

    2. Since the parties' previous stipulation and joint status report filed with the Court on June 18, 2007, counsel for the parties have continued to discuss ways to resolve this dispute without further Court involvement.

    3. To facilitate these continued discussions and conserve the resources of the Court and parties, the parties agree to continue the suspension of this action and all related proceedings up to and including August 10, 2007.

    4. If this matter is not resolved in the intervening period, the parties shall set a deadline for Defendants to Answer or otherwise respond to Plaintiffs' Consolidated Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants, through their undersigned counsel of record, that:

    A. This action and all related proceedings are further suspended up to and including August 10, 2007.

---

[1] Defendant Michael Jacobs is not a party to this stipulation because he has not yet been served with the operative complaint and he has not yet otherwise made an appearance in this action. Defendant Rodney Smith is no longer a party to this action because he passed away on May 25, 2007.

B.     The parties shall file a joint status report by August 8, 2007.

Dated: July 20, 2007

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG D. MARTIN
MARK D. GURSKY
MORRISON & FOERSTER LLP


By:   /s/ Anna Erickson White
            Anna Erickson White

Attorneys for Nominal Defendant
Altera Corporation, and Defendants John P. Daane, Robert W. Reed, Denis M. Berlan, Katherine E. Schuelke, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Charles Clough, Deborah Rieman, John R. Fitzhenry, Peter Smyth, Clive McCarthy, and Michael J. Ellison

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.*

Dated: July 20, 2007

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MONIQUE C. WINKLER
SHAWN A. WILLIAMS
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


By:   /s/ Travis E. Downs III
            Travis E. Downs III

Co-Lead Counsel for Plaintiffs

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, I hereby attest that Travis E. Downs III has concurred in this filing.*

2

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2355920

| | |
|---|---|
| Dated: July 20, 2007 | GEORGE BROWN<br>HELLER EHRMAN LLP |
| | By:  /s/ George Brown<br>         George Brown |
| | Attorneys for Defendant Nathan Sarkisian |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that George Brown has concurred in this filing.*

| | |
|---|---|
| Dated:  July 20, 2007 | ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>J. DANIEL ALBERT<br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER, LLP |
| | By:   /s/ J. Daniel Albert<br>         J. Daniel Albert |
| | Co-Lead Counsel for Plaintiffs |

*I, Mark D. Gursky, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that J. Daniel Albert has concurred in this filing.*

| | |
|---|---|
| Dated: July 20, 2007 | HENRY W. ASBILL<br>KERRI L. RUTTENBERG<br>TODD PADNOS<br>LEBOEUF, LAMB, GREENE & MACRAE LLP |
| | By:  /s/ Kerri Ruttenberg<br>         Kerri Ruttenberg |
| | Attorneys for C. Wendell Bergere |

ORDER

Pursuant to the parties' stipulation, this action and all related proceedings are STAYED up to and including **August 13, 2007**.  The parties shall file a Joint Status Report by **August 8, 2007**.

Dated:  July 30, 2007                                  _/s/ James Ware_____
                                                                    JAMES WARE
                                                                    United States District Judge