1  **ORDER**

IT IS HEREBY ORDERED THAT:

A.   This action and all related proceedings are further suspended up to and including August 20, 2007.

B.   The parties shall file a joint status report by August 15, 2007.

Date:  August 10, 2007      _____
Honorable James Ware
United States District Court Judge

4