# **ORDER**

IT IS HEREBY ORDERED THAT:

A.    This action and all related proceedings are further suspended up to and including August 24, 2007.

B.    The parties shall file a joint status report by August 24, 2007.

Date:   August 17, 2007             */s/ James Ware*
                                          Honorable James Ware
                                          United States District Court Judge

1

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SUSPENDING ACTION AND ALL RELATED PROCEEDINGS
CASE NO. C-06-03447-JW
sf-2374117