**ORDER**

IT IS HEREBY ORDERED THAT:

1. Nominal defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, Michael Jacobs and C. Wendell Bergere shall have up to and including September 21, 2007 to answer or otherwise respond to the Consolidated Verified Shareholders Derivative Complaint;

2. Plaintiffs shall have 45 days to file any opposition; and

3. Defendants shall have 30 days to file any reply.

Date: _August 24, 2007_   _____
Honorable James Ware
United States District Court Judge

4