1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   JAMES I. JACONETTE (179565)
3  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   travisd@csgrr.com
6  jamesj@csgrr.com
   bgoodman@csgrr.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   swilliams@csgrr.com
11 mwinkler@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
SANDRA G. SMITH
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
ssmith@sbtklaw.com

12 Co-Lead Counsel for Plaintiffs

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMIT |
| ALL ACTIONS. | |

1  Lead Plaintiffs Alaska Electrical Pension Fund, Wayne County Employees' Retirement
2 System, Michael Nakhimovsky and Benjamin Savin (collectively, "plaintiffs") and nominal
3 defendant Altera Corporation and individual defendants John P. Daane, Robert W. Reed, Robert J.
4 Finocchio, Jr., Paul Newhagen, William E. Terry, Susan Wang, Kevin McGarity, Nathan Sarkisian,
5 Denis M. Berlan, Katherine E. Scheulke, John R. Fitzhenry, Rodney Smith, Charles Clough,
6 Deborah D. Rieman, Michael J. Ellison, Michael B. Jacobs, C. Wendell Bergere, Clive McCarthy
7 and Peter Smyth (collectively, "defendants") stipulate as follows:

8  1.  On August 24, 2007, the Court entered a Stipulation and Order requiring defendants
9 to file their response to Plaintiffs' Consolidated Verified Shareholders Derivative Complaint by
10 September 21, 2007;

11  2.  Nominal defendant Altera Corporation filed a Motion to Dismiss Plaintiffs'
12 Consolidated Shareholder Derivative Complaint for Lack of Standing on September 21, 2007;

13  3.  Nominal defendant Altera Corporation and defendants John P. Daane, Robert W.
14 Reed, Denis M. Berlan, Katherine E. Scheulke, Robert J. Finocchio Jr., Kevin McGarity, Paul
15 Newhagen, William E. Terry, Susan Wang, Clive McCarthy, Peter Smyth, Michael Ellison, Charlie
16 Clough, Deborah Rieman, Michael Jacobs and John R. Fitzhenry filed a Motion to Dismiss
17 Plaintiffs' Consolidated Shareholder Derivative Complaint for Failure to State a Claim on
18 September 21, 2007;

19  4.  Defendant C. Wendell Bergere filed a Motion to Dismiss Plaintiffs' Consolidated
20 Shareholder Derivative Complaint for Failure to State a Claim on September 21, 2007;

21  5.  Defendant Nathan M. Sarkisian filed a Motion to Dismiss Plaintiffs' Consolidated
22 Shareholder Derivative Complaint for Failure to State a Claim on September 21, 2007;

23  6.  Presently, plaintiffs must file their oppositions to defendants' four separate motions to
24 dismiss by November 5, 2007, and the defendants must reply by December 5, 2007;

25  7.  Local Rule 7-3(a) states that an opposition to a motion may not exceed 25 pages in
26 length;

27  8.  The parties have agreed that plaintiffs be allowed to file a single consolidated
28 opposition to defendants' motions to dismiss in excess of the 25 page limit;

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS
BRIEFING SCHEDULE AND PAGE LIMIT - C-06-03447-JW                                           - 1 -

9. San Diego and its surrounding areas were consumed by wildfires the week of October 22nd through the 26th. Many residential areas were evacuated and thousands of people were displaced from their homes. Plaintiffs' San Diego office was closed Monday through Wednesday and operated with only a skeleton crew for the remainder of the week. Given this unforeseeable situation, the parties have further agreed that plaintiffs must file their Consolidated Opposition to Defendants' Motions to Dismiss by November 9, 2007, and the defendants must reply by December 10, 2007.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. Plaintiffs shall have up to and including November 9, 2007 to file their Consolidated Opposition to Defendants' Motions to Dismiss, not to exceed 50 pages in length;

2. Defendants shall have up to and including December 10, 2007 to file a reply to plaintiffs' opposition; and

3. The hearing regarding defendants' motion(s) to dismiss will be scheduled for January 14, 2007, or whatever date this Court deems appropriate.

IT IS SO STIPULATED.

DATED: November 5, 2007                COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       TRAVIS E. DOWNS III
                                       JAMES I. JACONETTE
                                       BENNY C. GOODMAN III


                                              s/ BENNY C. GOODMAN III
                                            BENNY C. GOODMAN III

                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)

                                       COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       SHAWN A. WILLIAMS
                                       MONIQUE C. WINKLER
                                       100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
                                       Telephone:  415/288-4545
                                       415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS
BRIEFING SCHEDULE AND PAGE LIMIT - C-06-03447-JW                                           - 2 -

|   |   |
|---|---|
|   | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>SANDRA G. SMITH<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br><br>Co-Lead Counsel for Plaintiffs |

I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMIT.  In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has concurred in this filing.

DATED:  November 5, 2007                MORRISON & FOERSTER, LLP
                                        ANNA ERICKSON WHITE


                                         s/ ANNA ERICKSON WHITE
                                           ANNA ERICKSON WHITE

                                        755 Page Mill Road
                                        Palo Alto, CA  94304-1018
                                        Telephone:  650/813-5600
                                        650/494-0792 (fax)

                                        Attorneys for Nominal Defendant Altera
                                        Corporation and Defendants John P. Daane,
                                        Robert W. Reed, Robert J. Finocchio, Jr., Paul
                                        Newhagen, William E. Terry, Susan Wang,
                                        Kevin McGarity, Denis M. Berlan, Katherine E.
                                        Schuelke, John R. Fitzhenry, Charles Clough,
                                        Deborah D. Rieman, Michael J. Ellison, Michael
                                        B. Jacobs, Clive McCarthy and Peter Smyth

I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMIT.  In compliance with General Order 45, X.B., I hereby attest that George H. Brown has concurred in this filing.

DATED:  November 5, 2007                HELLER EHRMAN LLP
                                        GEORGE H. BROWN


                                         s/ GEORGE H. BROWN
                                           GEORGE H. BROWN

|   |   |
|---|---|
| 1 |   |
| 2 | 275 Middlefield Road<br>Menlo Park, CA  94025<br>Telephone:  650/324-7000 |
| 3 | 650/324-0638 (fax) |
| 4 | Attorneys for Defendant Nathan Sarkisian |

*I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMIT.  In compliance with General Order 45, X.B., I hereby attest that Kerri L. Ruttenberg has concurred in this filing.*

DATED:  November 5, 2007                    DEWEY & LeBOEUF LLP
                                            HENRY W. ASBILL
                                            KERRI L. RUTTENBERG


                                                s/ KERRI L. RUTTENBERG
                                                   KERRI L. RUTTENBERG

                                            1101 New York Avenue, N.W., Suite 1100
                                            Washington, DC  20005
                                            Telephone: 202/986-8000
                                            202/986-8102 (fax)

                                            Attorneys for Defendant C. Wendell Bergere

                                *       *       *

# O R D E R

   PURSUANT TO STIPULATION, IT IS SO ORDERED.
   However, the hearing on Defendants' Motions to Dismiss is set for
   **January 28, 2008 at 9 AM.**  The briefing schedule shall remain the same.

DATED:  ___November 7, 2007_____    _____
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE


S:\CasesSD\Altera Derivative\STP00046945.doc

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS
BRIEFING SCHEDULE AND PAGE LIMIT - C-06-03447-JW                              - 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2007.

    s/ BENNY C. GOODMAN III
BENNY C. GOODMAN III

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  Bennyg@csgrr.com

# Mailing Information for a Case 5:06-cv-03447-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George H. Brown**
  george.brown@hellerehrman.com,kelly.colby@hellerehrman.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Elizabeth C Guarnieri**
  CAND.USCOURTS@classcounsel.com

- **Mark D. Gursky**
  Mgursky@mofo.com,Npan@mofo.com

- **Sean M. Handler , Esq**
  ecf_filings@sbtklaw.com

- **James Ian Jaconette**
  jamesj@csgrr.com,lisamp@csgrr.com,e_file_sd@csgrr.com

- **Bruce Borders Kelson**
  bkelson@shearman.com,rcheatham@shearman.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Todd Laurence Padnos**
  tpadnos@dl.com

- **Matthew Huntley Rice**
  mrice@mofo.com,lyan@mofo.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Robin Wechkin**
  robin.wechkin@hellerehrman.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Eric L. Zagar**

ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Henry W. Asbill**
LeBoeuf, Lamb, Greene & MacRae LLP
1101 New York Avenue, N.W. Suite 1100
Washington, DC 20005

**William Hugo Kimball**
Morgan Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA 94105

**James H Miller**
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

**Kerri L. Rutteneberg**
LeBoeuf, Lamb, Greene & MacRae LLP
1101 New York Avenue, N.W. Suite 1100
Washington, DC 20005

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087