*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW<br>Assigned to Hon. James Ware<br><br>DERIVATIVE ACTION<br><br>[PROPOSED] ORDER SETTING SCHEDULE FOR RESPONDING TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED VERIFIED SHAREHOLDERS DERIVATIVE COMPLAINT |
| This Document Relates To:<br><br>All Actions | |

## ORDER

Having considered the parties Stipulation Setting Schedule for Responding to Plaintiffs' First Amended Consolidated Verified Shareholders Derivative Complaint, IT IS HEREBY ORDERED THAT:

1. Nominal defendant Altera Corporation shall file its motion to dismiss Plaintiffs' First Amended Consolidated Verified Shareholders Derivative Complaint ("FACC") for lack of standing under Rule 23.1 of the Federal Rules of Civil Procedure on or before July 15, 2008. Plaintiffs shall file any opposition brief on or before August 29, 2008 and Altera shall file any reply brief on or before September 29, 2008.

2. The Court finds that, as a matter of judicial economy, there is good cause to first resolve the threshold issue of whether Plaintiffs have standing to bring this action under Rule 23.1 of the Federal Rules of Civil Procedure. Accordingly, the Individual Defendants[2] need not respond to Plaintiffs' FACC until the issue of standing is resolved.

3. If necessary, after the issue of standing is resolved, the parties shall meet and confer to set a deadline for the Individual Defendants to respond to the FACC.

The hearing on Defendants' anticipated motion to dismiss is set for **October 27, 2008 at 9 a.m.**

Date: July 7, 2008

_____
Honorable James Ware
United States District Court Judge

---

[2] The individual defendants include: John P. Daane, Robert W. Reed, Robert J. Finocchio, Jr., Kevin McGarity, Paul Newhagen, William E. Terry, Susan Wang, Denis M. Berlan, Nathan M. Sarkisian, Katherine E. Schuelke, Charles Clough, Deborah Rieman, Michael J. Ellison, John R. Fitzhenry, Clive McCarthy, Peter Smyth, Michael Jacobs, and C. Wendell Bergere.